IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| BRUCE BERNARD COLLINS, | * |
|     Plaintiff, | * |
| vs. | * |
| W. W. ADAMSON, Warden, et al., | *   CASE NO. 4:09-CV-68 (CDL) |
|     Defendants. | * |

## ORDER ON RECOMMENDATION OF DISMISSAL AS TO CERTAIN DEFENDANTS BY UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation of Dismissal as to Certain Defendants filed by the United States Magistrate Judge on June 19, 2009 is hereby approved, adopted, and made the Order of the Court.

The objection of the Plaintiff entitled "Motion for Reconsideration" has been considered and is found to be without merit.

IT IS SO ORDERED, this 12th day of August, 2009.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE