IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| BRUCE BERNARD COLLINS,     * | |
| Plaintiff,     * | |
| vs.     * | CASE NO. 4:09-CV-68 (CDL) |
| W. W. ADAMSON, Warden, Judge     *<br>DOUGLAS PULLEN, et al., | |
| * | |
| Defendants. | |
| * | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on November 19, 2009 is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have been considered and are found to be without merit.

IT IS SO ORDERED, this 13th day of January, 2010.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE